No. 00–1045. TRW INC. *v.* ANDREWS. C. A. 9th Cir. [Certiorari granted, 532 U. S. 902.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1519. UNITED STATES *v.* ARVIZU. C. A. 9th Cir. [Certiorari granted, 532 U. S. 1065.] Motion for appointment of counsel granted, and it is ordered that Victoria A. Brambl, Esq., of Tucson, Ariz., be appointed to serve as counsel for respondent in this case.

No. 00–8898. STEELE *v.* ORANGE COUNTY ET AL. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [532 U. S. 1015] denied.

No. 00–9726. SWOYER *v.* EDGARS ET AL. C. A. 3d Cir.; and

No. 00–9804. FOOTLAND *v.* EVANS, SECRETARY OF COMMERCE, ET AL. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 20, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–1759. IN RE REIDT;
No. 00–9632. IN RE PARNELL;
No. 00–9659. IN RE WALKER;
No. 00–9893. IN RE BRADIN;
No. 00–9948. IN RE HINES; and
No. 00–10053. IN RE WASSENAAR. Petitions for writs of mandamus denied.

No. 00–1021. RUSH PRUDENTIAL HMO, INC. *v.* MORAN ET AL. C. A. 7th Cir. Motion of National Association of Insurance Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari granted.